UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN ALAN CONROY #42054-177 | CASE NO. 6:24-CV-00540 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LEAM DRILLING SERVICES | MAGISTRATE JUDGE DAVID J. AYO |

## RULING

Before this Court is a Motion to Dismiss [ECF No. 5] filed by defendant REME, LLC (erroneously named as "LEAM Drilling Services"), and a Motion to Remand [ECF No. 9] filed by Plaintiff. These motions were referred to United States Magistrate Judge David J. Ayo for Report and Recommendation ("R&R"). After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's recommendation is correct and adopts the findings and conclusions therein as its own, with the exception of the first paragraph of the portion of the R&R designated "***Remand***,"[1] which is modified as follows:

One provision of the Prison Litigation Reform Act ("PLRA")—colloquially referred to as the "three strikes rule"—provides that a prisoner is prohibited from bringing any "civil action" if:

> the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.[2]

---

[1] *See* ECF No. 15 at 5-6.
[2] 28 U.S.C. § 1915(g).

Here, Plaintiff has three strikes and therefore would be barred from bringing this suit had he originally filed it in federal court.[3] However, "§ 1915(g) is inapplicable when an action is removed from state court."[4]

Accordingly, for the reasons set forth in the R&R, as modified in this Ruling, the Court will grant the Motion to Dismiss and deny the Motion to Remand.

THUS DONE in Chambers on this __18th__ day of November, 2024.

ROBERT R. SUMMERHAYS<br>
UNITED STATES DISTRICT JUDGE

---

[3] *See Conroy v. Rider*, 1:13-CV-149-C, 2013 WL 12092200, at *2 (N.D. Tex. Sept. 5, 2013); *Conroy v. Rider*, 575 Fed.Appx. 509, 510 (5th Cir. 2014); *Conroy v. Henry*, 16-CV-750-JPG, 2017 WL 1346636, at *4, *7 (S.D. Ill. Apr. 12, 2017).
[4] *Mitchell v. Goings*, 37 F.4th 169, 173 (5th Cir. 2022) (but noting that Rule 11 provides courts with a means of penalizing the pursuit of frivolous suits that are removed to federal court).