UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN ALAN CONROY #42054-177 | CASE NO. 6:24-CV-00540 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LEAM DRILLING SERVICES | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

For the reasons set forth in the Report and Recommendation issued on October 16, 2024, as modified by the Court's Ruling issued this date,

IT IS HEREBY ORDERED that defendant REME, LLC's Motion to Dismiss [ECF No. 5] is GRANTED, and all claims by Plaintiff against REME, LLC are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand [ECF No. 9] is DENIED.

THUS DONE in Chambers on this 18th day of November, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE